07 cr 15 order
9/11/07
FILED
2007 SEP 11 P 4: 02
DISTRICT COURT
BRIDGEPORT, CT

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>KERRY MARSHALL<br>Defendant. | CRIM. ACTION NO.<br>3:07-CR-00015 (JCH)<br><br>SEPTEMBER 11, 2007 |

## ORDER

The Clerk is ordered to return the attached, which was faxed to the Clerk's Office today, to Mr. Marshall. It is an attempt to engage in an ex parte communication with the court. If Mr. Marshall requests any relief from this court, it should be in the form of a motion, with a copy provided to the government. If Mr. Marshall's attorney will not file that motion, he may but only if he sends a copy to the Assistant United States Attorney in the case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 11th day of September, 2007.

Janet C. Hall
United States District Judge

Kerry L. Marshall  9/10/07
**case no. 3:07 cr 00015-JCH**

Judge Janet C. Hall
United States District Court
Bridgeport, Ct. 06604

Re: Unequal Treatment

Dear Judge Janet C. Hall [Your Honor],

This correspondence is regarding what I view as (un)equal treatment in the pre-trial phase in the above captioned case. I shall be brief and thanks in advance for your time and attention to this matter. Very short.... On or about February 12, 2007 I stood before Magistrate Judge Fitzsimmons to be formally charged. At said "hearing" there was a change in counsel as my previous counsel had, for the most part abandon the case. I stated to Judge Fitzsimmons that my Attorney had filed what amounted to a withdrawal without alerting the Court (Judge Fitzsimmons). I stated to Judge Fitzsimmons that the complaint is being forwarded/mailed to the "grievance committee." After canvassing me about the nature of the complaint, Judge Fitzsimmons requested that I "pullback" the complaint, of which I obliged as I had a friend slated to mail the complaint if my bond was revoked. Thereafter, on 2/26/07 I was call in for another hearing regarding allegations that proved to be untrue and unsubstantiated. However, Judge Fitzsimmons substantially raised the bond as she stated to the court attendees, including Attorney William Bloss, Evangelist Mary Marshall, Alford Marshall Sr., Pre-trial Officer Nicole Owens and others that **"he lied to me."** I was placed on home confinement and Judge Fitzsimmons refused to grant me a reasonable work schedule as Officer Owens relayed her opinions. Judge's decision appear to be <u>retaliatory</u>, after I submitted to Judge's request. If I did lie to Judge Fitzsimmons directly in open court, I would be covered by the exception to 18 U.S.C. subsection 1001(a). However, I clearly <u>did not lie</u> to Judge Fitzsimmons per Judge's request. Currently, Pre-trial Officer Nicole Owens is acting in the capacity of a Federal Judge when she stated to me in an e-mail dated 6/29/07 @ 4:28:11 pm est. <u>"Mr. Marshall; May need to request copies of your taxes from either your tax preparer or the IRS (you can request copies via e-mail or their electronic phone system). Once we verify taxes, then Mr. Medina and I will revisit the EM condition."</u>
Thank you for your time and have a good day!

Signed: _Kerry Marshall_
Kerry Marshall